**Order entered June 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00182-CR**
**No. 05-13-00183-CR**
**No. 05-13-00184-CR**
**No. 05-13-00185-CR**

**THOMAS EPPELSHEIMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71623-X, F11-71319-X, F11-71624-X, F11-71625-X**

## ORDER

The Court **REINSTATES** the appeals.

On April 24, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On May 29, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the April 24, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/    LANA MYERS
        JUSTICE